UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

JABBAR COLLINS,                                 :

        Petitioner,                  :    08-CV-1359 (DLI) (CLP)

   -against-                                   :

ROBERT ERCOLE,                                  :

        Respondent.                  :

------------------------------------------------x

## EXHIBITS TO

## MEMORANDUM OF LAW IN SUPPORT OF JABBAR COLLINS'S PETITION FOR A WRIT OF HABEAS CORPUS

JOEL B. RUDIN, ESQ. (JR-5645)
200 West 57th Street, Suite 900
New York, New York 10019
(212) 752-7600 (Telephone)
(212) 980-2968 (Facsimile)
Email: jbrudin@aol.com

*Attorney for Petitioner*

# EXHIBIT A
## Collins's February 1996 FOIL Request to the D.A.'s Office

Jabbar Collins
95A2646/G3-315
Drawer B
Stormville, N.Y 12582
February 7, 1996

Records Access Officer
District Attorney's Office
210 Joralemon Street
Brooklyn, New York 11201

Dear Sir:

Greetings. I am writing to you to amend my previous Freedom of Information request. Under Article 6 of the Public Officers Law, I hereby request the following:

[1] ANY NOTES MADE, INTERVIEWS CONDUCTED; WRITTEN OR RECORDED, CONCERNING ADRAINE DIAZ AND HIS REASONS FOR LEAVING TO PUERTO RICO. TO INCLUDE ALL PAPERWORK RELATING TO THE STEPS TAKEN TO SECURE HIS RETURN TO NEW YORK TO TESTIFY ON THE PEOPLE'S BEHALF. A LIST OF PAYMENTS MADE TO DIAZ BY THE DISTRICT ATTORNEY'S OFFICE OR OTHER AGENCY OR ORGANAZATION.

Please respond to this letter within five business days. Also, please let me know what number my request has been assigned on the waiting list. If for any reason any part of this request is denied, I ask that you provide me with the name of the appeals officer to whom a appeal should be directed. Thank you.

Very truly yours,

Jabbar Collins

001