TRANSCRIPT SERIAL# 03-067280
BOX # _Document 1_
SYS. ID#:_____

08-CV-1359

pp. 1-53

1

2  SUPREME COURT OF THE STATE OF NEW YORK
   COUNTY OF KINGS - CRIMINAL TERM - PART 39
3  ---------------------------------------X
   THE PEOPLE OF THE STATE OF NEW YORK,   :
4                                          :
                    -against-             :
5                                          :
   JABBAR COLLINS,                         :
6                                          :
                        DEFENDANT.        :
7  ---------------------------------------X

8  Indict. No. 2884/94              360 Adams Street
   WADE HEARING                     Brooklyn, New York
9
                                    March 2, 1995
10

11

12 B E F O R E:

13          HONORABLE FRANCIS X. EGITTO,
                                    Justice.
14

15 A P P E A R A N C E S:

16          OFFICE OF CHARLES HYNES, ESQ.
            DISTRICT ATTORNEY - KINGS COUNTY
17              Attorney for the People
            BY:  MICHAEL VECCHIONE, ESQ.,
18               STACEY FRASCOGNA, ESQ.,
                      -and-
19               CHARLES POSNER, ESQ.,
                 Assistant District Attorneys
20
            MICHAEL HARRISON, ESQ.,
21               Attorney for the Defendant
                 401 Broadway
22               New York, New York

23

24                              DONNA MANNING, RPR
                                OFFICIAL COURT REPORTER
25

TRANSCRIPT SERIAL# _____.____
BOX # _____
SYS. ID#:_____ 1578

1              Proceedings

2          THE COURT CLERK:  No. 5 on the calendar,

3      indictment 2884 of '94, Jabbar Collins.

4          Counsel, please put your appearances on the

5      record.

6          MR. HARRISON:  I am Michael Harrison, 401

7      Broadway, for Mr. Collins.

8          Good morning, your Honor.

9          MR. VECCHIONE:  Office of the District

10     Attorney by Michael Vecchione, Stacey Frascogna

11     and Charles Posner.

12              * * * * *

13         MR. HARRISON:  Your Honor, I have Mrs. -- may

14     I approach?

15         THE COURT:  Sure.

16         (Discussion held off the record at the

17     bench.)

18         THE COURT:  Just for the record, the

19     defendant, Mr. Collins, is on his way up.

20         Mr. Harrison, are all the witnesses out of

21     the courtroom?

22         MR. VECCHIONE:  Mr. Harrison, the Judge is

23     talking.

24         MR. HARRISON:  I am sorry.

25         THE COURT:  I am just saying Mr. Collins is

1          Proceedings

2          on his way up, and I am directing the D.A. and all

3          of you that all witnesses are to be outside of the

4          courtroom, outside of hearing what is going on.

5               MR. HARRISON:  Understood, your Honor.

6               THE COURT:  By the way, you told me the

7          defendant's mother is here.

8               MR. HARRISON:  That is correct.

9               THE COURT:  The hearing should last half

10         hour, 40 minutes.  I will have her speak to her

11         son.  You will call her and she can talk to him

12         after the hearing is finished.

13              MR. HARRISON:  Yes, your Honor.

14              THE COURT:  Let the record show that

15         Mr. Jabbar Collins is now in the courtroom.

16              THE COURT CLERK:  This is a recall of number

17         5, 2884 of '94, Jabbar Collins.

18              Judge, this matter is set down for hearing

19         and trial.  Are the People ready?

20              MR. VECCHIONE:  Yes.

21              THE COURT CLERK:  Is the defendant ready?

22              MR. HARRISON:  Yes.

23              THE COURT CLERK:  All right.  Let's go.

24              MR. VECCHIONE:  Judge, just before we begin

25         the hearing, for the purpose of Rosario for the

4

1          Proceedings

2     purposes of this hearing, I have turned over to

3     Mr. Harrison DD-5s that pertain to the photo

4     identifications, and the lineup identifications by

5     two witnesses in this case, as well as the

6     detective's notes pertaining to the two

7     identifications of the photo arrays.

8          There are no notes for the lineup

9     identifications other than what is written on the

10    lineup reports, and I am turning over two lineup

11    reports, as well as the detective's grand jury

12    minutes that deal with the identification

13    procedures.

14         THE COURT:  Very well.

15         MR. VECCHIONE:  Next, I am turning over

16    additional discovery material.  I had learned

17    during the course of the investigation that there

18    was some laboratory analysis done on some things.

19         I had spoken to Mr. Harrison several weeks

20    ago.  I left this for him on the front desk.

21    Mr. Harrison did not pick it up and said to bring

22    it to court when we begin.  I am turning that

23    material over to him as well.

24         MR. HARRISON:  That's correct, your Honor.

25         MR. VECCHIONE:  The People are ready.

1                          Proceedings

2        Detective Hernandez, who is the only witness for

3        the hearing, is present in court.

4              MR. HARRISON:  Your Honor, if I may.

5              THE COURT:  Do you acknowledge receipt of

6        that?

7              MR. HARRISON:  I acknowledge receipt.

8              If I may, your Honor, the only thing that I

9        want to have clear from the defense posture is

10       that there are no statements, at least that I am

11       aware of, is that correct?

12             THE COURT:  By the defendant?

13             MR. HARRISON:  Yes, your Honor.

14             THE COURT:  Any statements by the defendant?

15             MR. VECCHIONE:  No, Judge.

16             THE COURT:  That you intend to introduce?

17             MR. VECCHIONE:  No.

18             MR. HARRISON:  Just so I have that clear.

19             MR. VECCHIONE:  Judge, that was made clear a

20       very long time ago.  I would have, in fact, given

21       Mr. Harrison notice of those statements that I

22       intended to use.

23             MR. HARRISON:  I didn't imply anything.  Just

24       for my own clarification.

25             THE COURT:  Anything else?

6

| | |
|---|---|
| 1 | Proceedings |
| 2 | MR. HARRISON:  Yes. |
| 3 | THE COURT:  Are you 18-B? |
| 4 | MR. HARRISON:  Yes, I am.  I would like a |
| 5 | transcript of the hearing.  I ask the Court that I |
| 6 | may order, in light of the fact this is homicide, |
| 7 | a daily transcript. |
| 8 | THE COURT:  So ordered. |
| 9 | MR. VECCHIONE:  And the People wish a copy as |
| 10 | well, Judge. |
| 11 | THE COURT:  And make one for the Court. |
| 12 | All right, let's go. |
| 13 | MR. VECCHIONE:  Detective Hernandez. |
| 14 | THE COURT OFFICER:  Detective Hernandez. |
| 15 | JOSE HERNANDEZ, |
| 16 | called as a witness, having been first duly sworn |
| 17 | by the Clerk of the Court, was examined and testified |
| 18 | as follows: |
| 19 | THE COURT CLERK:  Please be seated, |
| 20 | Detective.  State your name for the record, |
| 21 | spelling your last name.  Give us your shield |
| 22 | number and command. |
| 23 | THE DEFENDANT:  Detective Jose Hernandez, |
| 24 | H E R N A N D E Z.  Shield number 2212.  I am |
| 25 | assigned to the 90 Precinct. |

1                      Hernandez - Direct/Vecchione

2                      THE COURT CLERK:  Thank you.

3                      THE COURT: You may proceed.

4                      MR. VECCHIONE:  Thank you.

5   DIRECT EXAMINATION

6   BY MR. VECCHIONE:

7       Q     Detective Hernandez, you have been a member of the

8   police force for how many years, sir?

9       A     For approximately ten years, sir.

10      Q     You are now assigned to the 90 Precinct?

11      A     Yes, to the squad unit there, detective unit.

12      Q     You are a detective there, is that correct?

13      A     Yes.

14      Q     On February 6, 1994, were you working as a

15   detective in the 90 Precinct?

16      A     Yes, I was, sir.

17      Q     And on that date did you have occasion to become

18   involved in an investigation into the death of an

19   individual by the name of Abraham Pollack?

20      A     Yes, sir.

21      Q     And, Detective, was it your case or were you an

22   assisting detective?

23      A     That was my case with Detective Gerectiano from

24   the homicide unit.

25                      THE COURT:  Who caught the case?

1                     Hernandez - Direct/Vecchione

2               THE WITNESS:  I caught the case.

3     Q    Detective Gerectiano assisted you, is that

4 correct?

5     A    Yes, sir.

6     Q    During the course of your investigation, did there

7 come a point when you learned the name and identity of a

8 suspect in this case?

9     A    Yes, sir.

10     Q    And what was the name of the suspect that was

11 ultimately arrested in this case?

12     A    His name is Jabbar Collins.

13     Q    And do you see Mr. Collins in court today?

14     A    Yes, sir.

15     Q    Would you please point him out to the Court?

16     A    That gentleman that is sitting right there.

17           MR. VECCHIONE:  Indicating the defendant,

18         your Honor.

19           THE COURT:  Very well.

20     Q    Now, Detective Hernandez, did there come a point

21 during the course of your investigation, specifically on or

22 about February 10, 1994, when you showed a photo array to a

23 witness by the name of Angel Santos?

24     A    Yes, sir.

25     Q    Now, during the course of this investigation,

1                    Hernandez - Direct/Vecchione

2    Detective, how many photo arrays did you or your fellow

3    detectives put together for viewing by witnesses?

4         A    Approximately six photo arrays, sir.

5         Q    How are each of the photo arrays designated?  With

6    a number or with a letter?

7         A    They were designated with letters, but I added

8    numbers to them as well.

9         Q    So is it fair to say that the letters were A

10   through F and 1 through 6?

11        A    Yes.

12        Q    Now, on February 10, 1994, was a photo array shown

13   to Angel Santos?

14        A    Yes, sir.

15             THE COURT:  May I interrupt you?

16             MR. VECCHIONE:  Yes, Judge.

17             THE COURT:  So the photo array that was

18        designated A was also designated 1?

19             THE WITNESS:  I would have to look but I

20        believe I put A, B, C and I put 1, 2, 3 on the

21        photo arrays.

22             THE COURT:  When you look at it, could you

23        let us know if it is A-1, B-2, and C-3 and so on?

24             THE WITNESS:  Sure.

25             THE COURT:  I am sorry.  Go ahead.

1                     Hernandez - Direct/Vecchione

2       Q    Did you show a photo array to Angel Santos on

3   February 10, 1994?

4       A    Yes, sir.

5       Q    Where did you show him that photo array?

6       A    That was at his home.

7       Q    Which photo array on February 10 did you show

8   Mr. Santos?

9       A    That was a photo array designated for

10  identification purposes E.

11      Q    E as in Edward?

12      A    Yes.

13      Q    And prior to February 10, 1994, had you shown

14  other photo arrays to Angel Santos?

15      A    Yes, sir.

16      Q    If you know, just for the record, how many of the

17  photo arrays did you show Mr. Santos excluding the one

18  designated the letter E?

19      A    He was shown five other photo arrays.

20      Q    Now, when you showed him photo array E, first of

21  all -- I am sorry,  withdrawn.

22            Let me take it back.  Photo array E was made

23  up of how many photographs?

24      A    That was six photographs, sir.

25      Q    At the time you made the photo array up, did you

1                    Hernandez - Direct/Vecchione

2    have a gender of the individuals in mind that you were

3    looking for in terms of photos?

4        A    I had the general description and pedigree

5    information on the pictures that I put together --

6        Q    I am sorry.

7        A    -- male black ranging in age from 18 to about 20,

8    22, dark complexion, short hair.

9                    THE COURT:  And males?

10                   THE WITNESS:  And males.

11                   THE COURT:  He asked you about the gender.

12                   THE WITNESS:  Males.  I am sorry.

13                   THE COURT:  Males?

14                   THE WITNESS:  Males.

15       Q    Where did you obtain the photographs from?

16       A    Those are department photographs.

17       Q    Did you, in fact, select a number of photographs

18   to put into photo array E?

19       A    Excuse me?

20       Q    Did you select a number of photographs to put into

21   photo array designated E?

22       A    Yes, I did.

23       Q    How many photographs are in photo array E?

24       A    That is six photographs.

25       Q    Of those six photographs, was one of the

12

1                        Hernandez - Direct/Vecchione

2    photographs the photograph of the defendant, Jabbar

3    Collins?

4          A     Yes, sir.

5          Q     Now, when you made up the photo array, in which

6    position did you put the photograph of Mr. Collins?

7          A     I put it in position No. 2.

8          Q     When you made up the photo array, where was it

9    made up?

10         A     It was made up at the station house, at my office.

11         Q     Was that in the presence of any of the witnesses

12   that you later showed the photo array to?

13         A     No.

14         Q     And on the photo array was it designated by either

15   letter or number the position of the each of the

16   photographs?

17         A     By number.

18         Q     And in which position was the defendant's

19   photograph placed?

20         A     That was position No. 2.

21         Q     Where is photographic array E today?

22         A     I have it here, sir.

23         Q     May I see it?

24               MR. VECCHIONE:  Your Honor, perhaps we can we

25               deem it marked at this point so that we don't --

1          Hernandez - Direct/Vecchione

2               THE COURT:  Yes.

3               MR. VECCHIONE:  Perhaps, Detective, you can

4          hold on to it.  Let's deem it marked for

5          identification.

6               THE COURT:  Deem it marked.

7               Let me say this.  All of our exhibits at the

8          hearing will be deemed marked and Mr. Gallo will

9          keep track of them, because if Mr. Harrison or you

10         intend to offer them later on, they will not have

11         any markings on them.

12              MR. VECCHIONE:  Thank you Judge.

13              (People's Exhibit 1 was deemed marked for

14         identification.)

15    Q    Will you look at the photo array that has been

16    deemed marked People's 1 for identification at this point,

17    which is the photo array that you have designated E.  Would

18    you take a look at it.

19              Is it in the same condition as the time when

20    you showed it to the witness, Angel Santos?

21    A    Yes, sir.

22    Q    Are there six photographs made up of -- I am

23    sorry.  Is the number of photographs the same as when you

24    showed it to Angel Santos?

25    A    Yes.

14

1                    Hernandez - Direct/Vecchione

2       Q    Is the photograph of Mr. Collins in the same

3    position as when you showed it to Mr. Santos?

4       A    It is in the same position, sir.

5            MR. VECCHIONE:  Your Honor, at this point I

6            would offer the photo array designated E by the

7            detective as People's 1 for purposes of the

8            hearing.

9            MR. HARRISON:  May I have one minute, your

10           Honor, please.

11           THE COURT:  Of course.

12           (Pause)

13           MR. HARRISON:  No objection, your Honor.

14           THE COURT:  Deemed marked People's 1.

15           Go ahead, Mr. Vecchione.

16           (People's Exhibit 1 was deemed marked in

17           evidence.)

18      Q    Detective, when you showed the photograph to Angel

19   Santos, did you tell him that you were coming to his home?

20      A    No, sir, I didn't.

21      Q    When you got there, what did you tell him before

22   showing him the photo array?

23      A    I told him we had a photo array to show him in

24   regards to the investigation that we were conducting.

25      Q    Which was what investigation?

15

1                    Hernandez - Direct/Vecchione

2        A    The homicide investigation with the landlord of

3   the building of Mr. Abraham Pollack.

4        Q    Had you talked to Mr. Santos about the homicide

5   and what he had allegedly seen prior to going to his home

6   to show him the photo array?

7        A    On that day, sir?

8        Q    No, not on that day.  Prior to that day.

9        A    Yes.

10       Q    When you showed him the photo array, what if

11  anything did Mr. Santos say?

12       A    We re-interviewed him briefly at that moment to

13  get a synopsis of what he had seen.

14       Q    What I am asking you is -- excuse me for

15  interrupting.

16       A    Okay.

17       Q    -- what did he say about the photographs when you

18  showed them to him?

19       A    He looked at the photographs and he identified

20  photograph No. 2.

21       Q    No. 2 is whom?

22       A    Being that of Jabbar Collins.

23       Q    What did he say, if anything, when he identified

24  photograph No. 2?

25       A    He said, "that was the individual I saw running

1                    Hernandez - Direct/Vecchione

2    past the furniture store as I called the police."

3         Q    Now, did you ask him in any way to designate with

4    a signature of some sort the photograph that he chose?

5         A    I asked him to sign the photograph and he refused,

6    sir.

7         Q    Okay.  Did there come a point later in the

8    investigation, specifically February 22, 1994, when you

9    showed a photographic array to another witness by the

10   of Adrian Diaz?

11        A    Yes, I did, sir.

12        Q    Which photo array did you show to Adrian Diaz?

13        A    I showed him the photograph array designated as E.

14        Q    The same one that is in evidence?

15        A    Yes.

16        Q    The same one you showed to Angel Santos, is that

17   correct?

18        A    Yes.

19        Q    Where did you show the photo array to Adrian Diaz?

20        A    I went to his place of employment.

21        Q    What did you say to Mr. Diaz when you went to his

22   place of employment with the photo array, if anything?

23        A    I told him I had a photo array, some photographs

24   to look at, and see if you recognize someone in there.

25        Q    Just curiously, Detective, where did Mr. Diaz

1                    Hernandez - Direct/Vecchione

2   work?  What type of location is what I am asking.

3        A    In the meat department in a supermarket.

4        Q    And did you show him the photographs?

5        A    Yes, I did.

6        Q    Prior to showing him the photographs had you

7   interviewed Mr. Diaz with respect to what, if anything, he

8   might have seen in connection with this investigation?

9        A    That was the first time I met the individual.

10       Q    Okay.  Did you talk to him about what he had seen

11  before showing him the photographs?

12       A    Yes.  He briefly told me what he had seen.

13       Q    When you showed him the photographs, what, if

14  anything, did he say to you with respect to the

15  photographs?

16       A    He looked at the photographs and he identified

17  photo No. 2.

18       Q    And, again, was that the defendant?

19       A    Yes, sir.

20            THE COURT:  As what?

21       Q    Had you moved the photographs in any way or

22  changed the order in any way before showing them to Adrian

23  Diaz?

24       A    No.

25            THE COURT:  He identified No. 2 as what?

1                     Hernandez - Direct/Vecchione

2                     THE WITNESS:  As the individual that he --

3            the individual he saw coming out of the building

4            at 126 Graham Avenue.

5                     THE COURT:  Go ahead.

6        Q    Just for the record, what was the location of the

7    homicide in this case?

8        A    That was 126 Graham Avenue.

9        Q    Now, did he say anything more about what the

10   individual -- I am sorry, withdrawn.

11                    Tell us exactly what Mr. Diaz said with

12   respect to his identification of Mr. Collins on the day

13   that you showed him the photo array, the complete statement

14   -- not the complete statement but what he said with regard

15   to the photo?

16       A    If I may, I would need to look at my notes for

17   that.

18       Q    Please.  If the court would permit.

19                    THE COURT:  Certainly, yes.

20       Q    Perhaps, Judge, I can make it easier for Detective

21   Hernandez.

22                    (Witness handed document.)

23       Q    Does that help you?  I am sorry.  Here it is.

24   Wrong one, I am sorry.

25                    What did he say when he identified the

1                    Hernandez - Direct/Vecchione

2    photograph?

3        A    When he identified the photo he said that was the

4    person he saw leaving the building.

5        Q    And again he picked out photo No. 2?

6        A    Photo No. 2.

7        Q    In the same array, is that correct?

8        A    Yes.

9        Q    Had you changed in any way the photo array from

10   the point you showed it to Mr. Santos until the point you

11   showed it to Mr. Diaz?

12       A    No, it has not changed.

13       Q    Did there come a point, Detective, specifically on

14   March 9, 1994 -- may I have those back -- when a lineup was

15   conducted at the 90 Precinct by yourself and other

16   detectives?

17       A    Yes.

18       Q    And did Mr. Santos and Mr. Diaz view that lineup

19   on that day?

20       A    Yes, they did.

21       Q    Okay.  First of all, tell us how Mr. Diaz and

22   Mr. Santos came to the precinct on that day.

23       A    Mr. Santos was picked up by someone in the office,

24   and Mr. Diaz, I can't recall offhand how he arrived at the

25   station house.

20

1               Hernandez - Direct/Vecchione

2               MR. VECCHIONE:  Your Honor, if I might, I beg

3          the Court's indulgence for a moment.  I want to go

4          back to the photo array for Mr. Diaz for a moment.

5               THE COURT:  Fine.

6     Q    After showing Mr. Diaz the photo array and after

7     he picked out photo No. 2, did you ask him to sign it in

8     any way?

9     A    Yes, I did, sir.

10    Q    Did he, in fact, sign it?

11    A    Yes, he did.

12    Q    What did he sign on the photograph, if you recall?

13    A    He signed it in Spanish, "carnicero," translation

14    like butcher, meat butcher.

15    Q    He didn't use his name, is that correct?

16    A    No, he didn't use his name.

17    Q    On the photograph does the "el carnicero" name

18    appear in the photo array as you look at it now?

19    A    Yes.

20               THE COURT:  It is in evidence.

21               MR. VECCHIONE:  Thank you, Judge.

22               THE COURT:  And there is a date on it I can't

23          make out.  Can you read it?

24               THE WITNESS:  Sure.

25               THE COURT:  "El carnicero" and what else does

1                      Hernandez - Direct/Vecchione

2              it say?

3                    THE WITNESS:  "2/22/94, 2035 hours."

4                    THE COURT:  That is on the back of photo

5              labeled No. 2.

6        Q    Now, Detective, let's go back to the lineup.  Both

7    Angel Santos and Adrian Diaz were brought to the precinct

8    by detectives, is that correct, if you remember?

9        A    Yes.

10       Q    You just don't remember who, is that correct?

11       A    That's correct.

12       Q    Where were they kept before the lineup was

13   conducted?

14       A    They were kept in separate rooms on the second

15   floor.

16       Q    And was the defendant in the precinct at the time

17   that the witnesses were brought into the precinct?

18       A    The defendant was in the precinct at that time.

19       Q    Was or was not?  I am sorry, I didn't hear you.

20       A    The defendant -- what was the question again,

21   sir?

22                   THE COURT:  Was he in the precinct or not.

23       Q    Was he in the precinct when the witnesses were

24   brought into the precinct?

25       A    The defendant was in the precinct.

1                       Hernandez - Direct/Vecchione

2          Q     Okay.  Where was he kept?

3          A     He was kept in the interview room.

4          Q     And the interview room of the precinct is on what

5     floor of the precinct?

6          A     That is on the second floor also, sir.

7          Q     The room where the two witnesses were kept, what

8     floor was that on?

9          A     That was on the second floor also.

10         Q     Were they in the same area of the building or

11    different areas?

12         A     They were in a separate part of the building,

13    different sides.

14         Q     The witnesses were kept on one side of the

15    building, and the defendant was kept in another side of the

16    building, is that right?

17         A     That's correct.

18         Q     The rooms where the witnesses were kept, did they

19    have doors?

20         A     They had doors.

21         Q     Was there any kind of windows or glass in those

22    doors that they could see out?

23         A     They have glass, frosted, where you cannot see

24    out.

25         Q     The room where the defendant is kept, does that

1                    Hernandez - Direct/Vecchione

2    room have a door?

3         A    Yes, it does.

4         Q    Does it have some sort of glass or anything that

5    would allow someone to look into?

6         A    It has a small glass on the door where someone can

7    look into, about that size (indicating).

8         Q    Prior to the lineup was the defendant in any way

9    displayed to the witnesses?

10        A    No, sir.

11        Q    Did the witnesses, as far as you could determine,

12   see the defendant before the viewing the lineup?

13        A    No, sir.

14        Q    Now, were fillers obtained for the lineup?

15        A    Yes.

16        Q    Were they obtained by you or other detectives?

17        A    By other detectives.

18        Q    Before the detectives went out to get those

19   fillers, were they shown either the defendant or a

20   photograph of the defendant so that they would know what

21   type of individuals they were looking for?

22        A    They looked at the defendant.

23        Q    Okay.  And how many fillers were brought back to

24   the precinct?

25        A    They brought back five fillers, sir.

1                    Hernandez - Direct/Vecchione

2        Q    Did you see the five fillers?

3        A    Yes, I did.

4        Q    Where were they brought?

5        A    They were brought into the station house from the

6   back of the station house.

7        Q    And what room were they ultimately put into?

8        A    Ultimately they went into the lineup room.

9        Q    Before they were in the lineup room, in any way

10  were they displayed to the witnesses?

11       A    No, sir.

12       Q    Were the witnesses in any way able to see the

13  fillers before they were placed in the lineup?

14       A    No, sir.

15       Q    When they were placed in the interview room, where

16  in the interview room were the fillers and the defendant

17  ultimately placed?

18       A    Well, the defendant chose the position where he

19  wanted to sit.

20       Q    Well, no, I will get to that in a second.  I am

21  talking about when you look through the glass, the front

22  door of the interview room.

23       A    Yes.

24       Q    Were you able to see where the witness -- I am

25  sorry -- where the fillers and the defendant were seated or

25

                    Hernandez - Direct/Vecchione

1

2    were they off to either side of the door?

3                    Do you understand my question?

4         A    No, no, I don't, sir.

5                    THE COURT:  When you look through that

6              one-way mirror.

7                    MR. VECCHIONE:  No, no, Judge.  I am not

8              asking that.

9         Q    When you walk into the room and you look into the

10   front door of the room --

11        A    Right.

12        Q    -- were the fillers off to your right, your left

13   or in front of you?

14        A    Oh, they are to my left.

15        Q    That is what I am asking.  If someone were to look

16   in that door, they would not be able to see the people who

17   were sitting in the interview room, is that right?

18        A    No.  Maybe the last guy at the end.

19                   THE COURT:  Was the window open or is there a

20             curtain on it or --

21                   THE WITNESS:  No.  That is the window to the

22             door.

23                   THE COURT:  That is what he is talking about,

24             the window in that door.  Could they see through

25             that window as they walked into that corridor in

Hernandez - Direct/Vecchione

2    front of the room?  Is that your question?

3         MR. VECCHIONE:  No, Judge, it is not.  If I

4    may.

5    Q    If someone were to look through the door of that

6    room as the filler sat and the defendant were sitting

7    there, before the lineup was conducted --

8    A    Right.

9    Q    -- are you able to see the fillers and the

10   defendant, is what I am asking you?

11   A    You are able to see the fillers and the defendant

12   as you get close to the door and window.

13   Q    The glass for the people viewing that lineup is in

14   a completely different position, is that correct?

15   A    That is in a different position, a small enclosed

16   hallway, two doors, with the shade down.

17   Q    That has a shade down, is that correct?

18   A    Yes.

19   Q    The witnesses who were to view the lineup, were

20   they brought to the little corridor where the viewing glass

21   was or were they brought to the front door to look in the

22   room?

23   A    No.  They were brought in through the back into

24   the small corridor.

25   Q    In that room, what kind of viewing glass is

1                          Hernandez - Direct/Vecchione

2       there?

3            A     That's the two-way mirrored glass.

4            Q     When they were brought in, was that mirror somehow

5       covered or was it open?

6            A     That is covered.

7            Q     Now, before you brought the witnesses in, did you

8       ask the fillers and the defendant -- I am sorry,

9       withdrawn.

10                 Before you brought the witnesses in, did you

11      ask the defendant to place himself in the lineup?

12           A     Yes, I did.

13           Q     What did you say to him?

14           A     I asked Mr. Collins, you know, that he can choose

15      where he wanted to sit.

16           Q     By the way, was he represented by counsel at that

17      time?

18           A     Yes, he was, sir.

19           Q     And what position did he choose?

20           A     He chose position No. 2.

21           Q     And what card number did he hold?

22           A     He held card No. 2.

23           Q     Was it solely his choice to pick position No. 2

24      and to choose card No. 2?

25           A     Yes, sir.

1                    Hernandez - Direct/Vecchione

2        Q    Did you in any way influence him to do that?

3        A    No.

4        Q    When he chose position No. 2 and card No. 2, were

5    the other cards then given to the fillers who were in the

6    lineup?

7        A    Yes.

8        Q    The number cards I am talking about.

9        A    Yes.

10       Q    As you look through the two-way glass and see the

11   fillers and the defendant, was the defendant in position

12   No. 2 going from left to right?

13       A    The numbers are going from left to right, 1 all

14   the way to 6.

15       Q    Who was the first witness to be brought into the

16   room?

17       A    The first witness was Adrian Diaz.

18       Q    When Mr. Diaz was brought to the precinct, did you

19   have a conversation with him?

20       A    I explained to Mr. Diaz that we had some -- we had

21   a lineup that we were conducting, and we wanted him to view

22   that lineup to see if he recognized anyone.

23       Q    Did you tell him in connection with what incident?

24       A    In regards to the homicide investigation that we

25   were conducting.

Hernandez - Direct/Vecchione

Q     Okay.  What did you say to him when you brought

him into the viewing room?

A     I just told him to just take his time, look very

carefully, look at everyone there.  If you see anyone you

recognize, just tell me the number.

Q     Did you then let him look through that two-way

mirror?

A     Yes, sir.

Q     Before doing that you lifted the shade up,

obviously?

A     Yes.

Q     When he looked through, what if anything did he

say?

A     He looked at all the fillers at that point and he

identified No. 2.

Q     What did he say when he identified No. 2?

A     He says, "No. 2 is the one that I saw coming out

of the building." I would have to look in my notes to be --

          THE COURT:  Go ahead.  Sure.  Just tell us

          what you are looking at.

          THE WITNESS:  Sure.

          MR. VECCHIONE:  Just for the record, I am

          handing Detective Hernandez his lineup report, the

          second page.

Hernandez - Direct/Vecchione

2      Q      Detective, is that what you are looking for?

3             What did he say?

4      A      All right.  Mr. Diaz says, he's the guy -- "No. 2,

5      he's the guy who came out of the building holding a gun and

6      he put in his back.  Then he ran up Boerum, made a right,

7      then another right into a lot."

8      Q      Who was in position No. 2?

9      A      Mr. Jabbar Collins.

10     Q      Okay.  What did you do with Mr. Diaz after he

11     viewed the lineup?

12     A      Mr. Diaz was taken into a different room at that

13     point.

14     Q      By the way, did you take a photograph of the

15     lineup that was viewed by Mr. Diaz?

16     A      Yes, I did.

17     Q      Do you have that in court today?

18     A      Yes, I do.

19     Q      Could you look at it?

20            MR. VECCHIONE:  Could we have it deemed

21            marked for identification as People's 2?

22            THE COURT:  No. 2.

23            (People's Exhibit 2 was deemed marked for

24            identification.)

25     Q      Detective, could you look at it?

1                    Hernandez - Direct/Vecchione

2        A     Yes, sir.

3        Q     Does the photograph appear to be a fair and

4    accurate representation of the lineup as it was viewed by

5    Mr. Diaz on March 9, 1994?

6        A     Yes, sir.

7              MR. VECCHIONE:  I would ask that it be deemed

8              marked into evidence as People's 2.

9              THE COURT:  Okay.

10             MR. VECCHIONE:  Can we just separate the two

11             photographs.  I just want to take the five off so

12             we don't get the whole folder.

13             THE COURT OFFICER:  Do you want to remove the

14             papers that it is stapled to?

15             MR. VECCHIONE:  You don't have to.  We can

16             just show him the lineup report.

17             THE COURT OFFICER:  Okay.

18             THE COURT:  Go ahead, deemed -- any

19             objection?

20             MR. HARRISON:  No, your Honor.

21             THE COURT:  All right.  Deemed marked No. 2.

22             (People's Exhibit 2 was deemed marked in

23             evidence.)

24       Q     When Mr. Santos was brought into the precinct, did

25    you say anything to him before he viewed the lineup?

1                      Hernandez - Direct/Vecchione

2          A     The only thing we told Mr. Santos is that he would

3     be viewing a lineup.

4          Q     And after Mr. Diaz finished viewing the lineup,

5     did you then display the lineup to Mr. Santos?

6          A     Yes, I did.

7          Q     When he was brought into the viewing room, what if

8     anything did you say to him?

9          A     I explained to Mr. Santos that he would be viewing

10    six individuals, to take his time and look at them very

11    carefully and see if he recognizes anyone involving the

12    case that we were investigating at that time.

13         Q     Between the time that Mr. Diaz viewed the lineup

14    and Mr. Santos viewed the lineup, did the defendant change

15    his position in any way?

16         A     No, sir.

17         Q     Was he given an opportunity to do that?

18         A     Um --

19         Q     If you can recall.

20         A     I can't recall that.

21         Q     But he chose position No. 2 and remained in

22    position 2, is that right?

23         A     Yes, sir.

24         Q     Did Mr. Santos view the lineup from the same

25    position as Mr. Diaz?

1                      Hernandez - Direct/Vecchione

2                      THE DEFENDANT:  Yes.

3        Q    What if anything did Mr. Santos say when you

4   lifted the curtain?

5        A    Mr. Santos looked at the lineup.  I would have to

6   look at my notes to see what he said.

7                      THE COURT:  Okay.

8        Q    Did he choose a particular individual?

9        A    Yes, he did.

10       Q    What number did he choose?

11       A    No. 2.

12       Q    Do you know what he said when he chose No. 2?

13       A    I would have to look at my notes.

14       Q    All right.  Second page again.

15       A    All right.  Angel Santos, he said, he stated,

16  "No. 2, the guy No. 2, he's the one I saw run by the

17  furniture store."

18       Q    And who was in position No. 2?

19       A    That was Mr. Jabbar Collins.

20       Q    Between the time that Diaz viewed the lineup and

21  the time that Santos viewed the lineup, did they have any

22  contact with each other?

23       A    No, sir.

24       Q    Did you take a photograph of the lineup as viewed

25  by Mr. Santos?

34

1                    Hernandez - Direct/Vecchione

2        A    I just took one set of pictures for the first

3    lineup.

4        Q    So the lineup did not change in any way from the

5    point, from the time that Diaz saw it until the time Santos

6    saw it, is that correct?

7        A    No, sir.

8        Q    The photograph that you showed to the Court, which

9    has been marked as People's 2, is the same -- the people in

10   the positions are exactly the same from when Diaz viewed it

11   to the point --

12       A    Yes, sir.

13       Q    -- until Mr. Santos saw it?

14       A    Yes, sir, they are both the same.

15            MR. VECCHIONE:  I have no further questions.

16            THE COURT:  Mr. Harrison.

17            MR. HARRISON:  Can I have one minute, your

18       Honor?

19            THE COURT:  You said you conducted two

20       lineups?

21            THE WITNESS:  Yes.

22            THE COURT:  One for Diaz and one for Santos?

23            THE WITNESS:  Yes.

24            THE COURT:  The same six people?

25            THE WITNESS:  The same six people.

1                    Hernandez - Direct/Vecchione

2              THE COURT:  One other question.

3              You said something about having six photo

4       arrays.

5              THE WITNESS:  Yes.

6              THE COURT:  And the one you showed these

7       witnesses was E, and if you look there is a little

8       number 5 under E?

9              THE WITNESS:  Right.

10             THE COURT:  Was Mr. Collins' picture in any

11      of the other five?

12             THE WITNESS:  No, sir.

13             THE COURT:  Even though you said you showed

14      one of the witnesses five other lineups,

15      Mr. Collins' picture --

16             THE WITNESS:  Five other arrays.

17             THE COURT:  -- five other photo arrays,

18      Mr. Collins was in not in any of those pictures?

19             THE WITNESS:  No, sir.

20             THE COURT:  There were six different people

21      in those pictures?

22             THE WITNESS:  Six different people in each

23      array.

24             THE COURT:  Mr. Harrison, go ahead.

25             MR. HARRISON:  Thank you, your Honor.

1                          Hernandez - Cross/Harrison

2     CROSS-EXAMINATION

3     BY MR. HARRISON:

4         Q    Detective, what is your name?

5         A    I am Detective Jose Hernandez.

6         Q    And your shield number is 2212?

7         A    2212.

8         Q    That is correct?

9         A    Yes.

10        Q    What was the date you became involved in the

11    investigation of this alleged incident?

12        A    That is on February 6, sir, of 1994.

13        Q    That was the date that this alleged incident

14    occurred, is that correct?

15        A    Yes, sir.

16        Q    And on the date that this alleged incident

17    occurred, a good faith approximation, what time did the

18    shooting occur?  What time did this occur?  One o'clock?

19                    THE COURT:  Approximately what time was the

20              shooting?

21                    THE WITNESS:  Approximately 11:40, 11:45.

22                    THE COURT:  A.m.?

23                    THE WITNESS:  Yes.

24                    THE COURT:  Or p.m.?

25                    THE WITNESS:  A.m.

```
 1                    Hernandez - Cross/Harrison
 2               THE COURT:  Go ahead.
 3      Q    What time did you arrive at the crime scene?
 4               THE COURT:  Mr. Harrison, this is a Wade
 5          hearing.
 6               MR. HARRISON:  I understand.
 7               THE COURT:  We are not going into what
 8          happened at the scene.  We are not going into the
 9          evidence in the case.  That is for a jury to
10          decide.  I am here to determine one thing:
11          whether or not the police did anything to taint
12          the lineup which would cause these people to pick
13          out somebody because of something done by the
14          police officers or anyone on their behalf.  Is
15          that clear?
16               MR. HARRISON:  I understand.
17               THE COURT:  Well, this is not a pretrial.
18               MR. HARRISON:  Yes, your Honor.
19               THE COURT:  Go ahead.
20      Q    Now, there came a time -- how many lineups did you
21   conduct in this case?
22      A    On which date, sir?  There were two separate
23   lineups.
24      Q    And let's talk about the first lineup.  There was
25   the first lineup?
```

1                    Hernandez - Cross/Harrison

2        A     Yes.

3        Q     Is that correct?

4        A     Yes.

5        Q     And do you recall what date that first lineup

6    was?

7        A     That was February 18.

8        Q     At that first lineup a lawyer was present, is that

9    correct, if you know?

10       A     I can't recall whether the lawyer was present for

11   that first lineup.

12              THE COURT:  Who viewed the first lineup?

13              THE WITNESS:  Several people viewed that

14         lineup, and negative results on that.

15              THE COURT:  Was Mr. Collins in that lineup?

16              THE WITNESS:  Yes, sir.

17              THE COURT:  Go ahead.

18       Q     Now, there came a time that we had the lineup that

19   is in question at the Wade hearing today, right?

20       A     Yes.

21       Q     And what date was that lineup conducted?

22       A     That was March 9, 1994.

23       Q     1994, right?

24       A     Yes.

25       Q     And there were two witnesses to that lineup, is

1                          Hernandez - Cross/Harrison

2      that correct?

3          A    Yes, sir.

4          Q    Did you pick up those two witnesses?

5          A    No, sir.

6          Q    Do you know who picked them up?

7          A    Not offhand, sir.

8          Q    What time did you meet the two witnesses?

9          A    What time did I meet the two witnesses?

10         Q    Let me rephrase it.  Did there come a time the two

11     witnesses arrived at the police station?

12         A    Yes.

13         Q    And approximately what time did they arrive at the

14     police station?

15         A    I am not sure about the time that they arrived.

16         Q    Did you see them arrive?

17         A    I saw that they were there.

18         Q    And when you saw them, were they together in the

19     same room or were they in different rooms?

20         A    No.  They arrived at different times and they were

21     in different rooms.

22         Q    Now, there came a time you showed a photo array to

23     each witness, is that correct?

24         A    Yes, sir.

25         Q    And when you showed the photo array to each

1                     Hernandez - Cross/Harrison

2       witness, let's start with -- who was the first witness you

3       showed the array to?

4           A    The first witness?

5           Q    Yes.

6           A    All right.

7                THE COURT:   You are talking about photo array

8                designated E?

9                MR. HARRISON:   That's correct.

10          Q    Designated E.

11               THE COURT:   People's 1?

12          A    All right.  Angel Santos I showed the photo

13      array.

14          Q    And in that photo array Mr. Collins was positioned

15      in picture No. 2, is that correct?

16          A    Yes, sir.

17          Q    And in that photo array he had on a tank top, if I

18      may use, is that the correct phraseology or description of

19      that item of clothing?

20          A    He had a tank top in that photo array?

21          Q    Yes.

22          A    I would have to look in that photo array.  I

23      didn't notice it.

24               THE COURT:   Where it is?  Look at it.

25          A    I have it buried over here.